**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | CA 04 303 |
| | : | C.A. No. 04 |
| VS. | : | |
| QUALITY GYM SERVICE, INC., Defendant. | : | |

**COMPLAINT**

Introduction

1. This is an action to compel payment of contributions, interest, and penalties to employee benefit plans, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. Plaintiffs also seek equitable relief, pursuant to ERISA, 29 U.S.C. 1132(a)(3), in the form of an Order from this Court directing Defendant to permit an examination and audit of its records.

Parties and Jurisdiction

2. Plaintiff Rhode Island Carpenters Annuity Fund ("Annuity Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

3. Plaintiff Rhode Island Carpenters Pension Fund ("Pension Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

4. Plaintiff Rhode Island Carpenters Vacation Fund ("Vacation Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

5. Plaintiff Rhode Island Carpenters Health Fund ("Health Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

6. Plaintiff Donald Lavin is Co-Administrator of the Funds. The Funds' office is located in Cranston, Rhode Island.

7. Defendant Quality Gym Service, Inc. ("Quality Gym") is a corporation organized under the laws of the State of Rhode Island, having its principal place of business in Central Falls, Rhode Island.

8. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e)(2).

<u>Facts</u>

9. The Funds were established to provide various types of benefits, including retirement, medical, and disability, for Rhode Island Carpenters Local 94 ("Local 94") members. The Funds are administered by Boards of Trustees consisting of management and union trustees.

10. Benefits as aforesaid are financed in part by employer contributions. The contribution rates are set by the collective bargaining agreement between Local 94 and each employer.

11. The rights and obligations of the Funds and the defendant are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

12. The Trust Agreement provides, in relevant part, that the defendant shall purchase the appropriate number of "stamps" on behalf of Local 94 members, promptly pay contributions, permit audits of its records when requested by the Trustees, and pay penalties, interest, and attorneys' fees when it fails to comply with the Trust Agreement.

13. Defendant Quality Gym Service, Inc. is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

14. Notwithstanding the aforesaid obligations, the defendant has:

(a) Failed to purchase stamps for Local 94 members since becoming signatory to the contract in July, 2001;

(b) Failed to make contributions to the Funds since July, 2001;

(c) Failed to permit an examination and audit of its records by the Trustees; and

(d) Otherwise failed to comply with the terms and conditions of the Trust Agreement

15. By the aforesaid acts and omissions, the defendant has violated ERISA, 29 U.S.C. §§1132 (a)(3) and 1145.

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award the Plaintiff Funds the unpaid contributions, interest on the unpaid contributions, double interest, liquidated damages, punitive damages, and attorneys' fees and costs, pursuant to 29 U.S.C. §§1132(g)(2);

(b) Award equitable relief in the form of an Order directing the Defendant to permit an examination and audit of its payroll records by the Plaintiffs' Trustees, pursuant to 29 U.S.C. §1132(a)(3); and

(c) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Marc B. Gursky, Esq. (#2818)
Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: July 20, 2004