AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

R.I. Carpenters Annuity Fund, et al.

V.

Quality Gym Service, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 04 303T

TO: (Name and address of Defendant)

Joseph L. Faria, President & R/A/S
Quality Gym Service, Inc.
112 Clay Street
Central Falls, RI 02863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Azevedo, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk
CLERK

7/20/04
DATE

Barbara Barletta
(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE July 27, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the third-party defendant. Place where served: ______

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[X] Other (specify): Acs. Joseph Faria Pres. Quality Gym Services Inc. 112 Clay St. Central Falls

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/27/04
Date

[signature]
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
2004 JUL 30 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND