original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

C.A. No. 04- 303T

VS.

QUALITY GYM SERVICE, INC.,
Defendant,

TRAIL BY JURY DEMANDED.

## ANSWER

1. Defendant neither admits nor denies paragraphs 1, 2, 3, 4, 5, and 6 of the complaint and plaintiffs are left to their proof of claim.

2. Defendant admits to paragraph 7 on the complaint.

3. Defendant denies the allegations of paragraphs 8, 9, 10, 11, 12, 13, 14, and 15 of the complaint.

Wherefore: Defendant prays that this Honorable Court dismiss the complaint and that judgment be entered for the defendant and all costs be charged to plaintiffs.

Quality Gym Service, Inc.
Defendant

Maurice Caron

MAURICE CARON JR.
ATTORNEY FOR DEFENDANT
454 BRODWAY
PROVIDENCE, RI 02909
TEL: 751-3900

3

CA 04- 303 T

# DEFENSES

1. **Affirmative Defense of Statute of Limitations.**

2. **Defense under Rule 12(b.)(6) failure to state a claim upon which relief can be granted.**

3. **Defense under Rule 12 (c) in that defendant is entitled to judgment on the pleadings.**

**Maurice Caron Jr.**
**As Counsel for Defendant**
**Trail By Jury Demanded**

**Dated:** Dec 4, 2004

I certify I mailed a true copy of the within Answer to Jennifer Azevedo, Gursky Law Associates at 18 Imperial Place Suit 1 D, Providence, RI. 02903 on Dec. 3, 2004

US DISTRICT COURT
DISTRICT OF RHODE ISLAND
'05 JAN 28 P 2:09
FILED