UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, and DONALD LAVING, in his official capacity as Co-Administrator of the Funds, | : | |
| VS. | : | CA NO. 04-303T |
| QUALITY GYM SERVICE, INC. | : | |

**ENTRY OF APPEARANCE**

I, Marc B. Gursky, hereby enter my appearance on behalf of Plaintiff, RHODE ISLAND CARPENTERS ANNUITY FUND, et als.

Respectfully submitted,

RHODE ISLAND CARPENTERS
ANNUITY FUND, et als.,
By its Attorney,

Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
(401) 454-7400
(401) 621-8553

CERTIFICATION

I hereby certify that I mailed a true copy of the within document to Maurice Caron, Jr., Esq., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, Rhode Island 02909 on this 4th day of February, 2005.

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, :
RHODE ISLAND CARPENTERS PENSION FUND, :
RHODE ISLAND CARPENTERS VACATION FUND, :
RHODE ISLAND CARPENTERS HEALTH FUND, and :
DONALD LAVING, in his official capacity as :
Co-Administrator of the Funds, :

VS. : CA NO. 04-303T

QUALITY GYM SERVICE, INC. :

**WITHDRAWAL OF APPEARANCE**

I, Jennifer Azevedo, hereby withdraw my appearance on behalf of Plaintiff, RHODE ISLAND CARPENTERS ANNUITY FUND, et als.

Respectfully submitted,

RHODE ISLAND CARPENTERS
ANNUITY FUND, et als.,
By its Attorney,

J. Azevedo/arc

Jennifer Azevedo, Esq. #6462
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
(401) 454-7400
(401) 621-8553

CERTIFICATION

I hereby certify that I mailed a true copy of the within document to Maurice Caron, Jr., Esq., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, Rhode Island 02909 on this 4th day of February, 2005.