**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**WITHDRAWAL OF APPEARANCE**

I, Jennifer Azevedo, hereby withdraw my appearance on behalf of Plaintiffs Carpenters Annuity Fund, et. al.

Respectfully submitted,

Jennifer Azevedo

Jennifer Azevedo (#6462)
170 Westminster Street, Ste. 800
Providence, RI 02903
Tel. 401-454-4466
Fax.401-351-3914

Dated: April 8, 2005

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 8 day of April, 2005.

Kerrie L Kanoski

7