**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL. Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC., Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendant to respond to Plaintiffs' Request for Production within twenty days from hearing on this motion.

Plaintiffs state that a good faith effort to resolve this discovery dispute has been made.

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702



10

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 11th day of May, 2005.

Kerrie L Karwoski

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENT**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that Defendant Quality Gym Service, Inc. produce and make available true and exact copies of the following documents to be inspected at the office of GURSKY LAW ASSOCIATES, 420 Scrabbletown Rd., North Kingstown, R.I. 02852 within thirty (30) days of receipt hereof:

Definitions and Instructions

A. The terms "Defendant" and "you" shall refer to Defendant Quality Gym Service, Inc., its agents, representatives, and all other persons acting or purporting to act on Defendant's behalf or under its direction or control.

B. The term "document" means any recordings, writing, drawings, charges, photographs, memoranda, notes

or other data compilations, or any other tangible thing with the scope of Rule 34.

C. The plural of any word used herein includes the singular and the singular includes the plural. The past tense of a verb includes the present tense and the present includes the past.

D. If any documents or other material or information is withheld for any reason, please identify such material specifically and in detail and the type of privilege claimed.

E. If any of the documents requests herein has been destroyed, please furnish a list identifying each such document, its author and addressee, each person to whom copies of the documents were furnished or to whom the contents thereof were communicated, a summary of the substance of the documents, the date (or approximate day) upon which it was destroyed, and the reason it was destroyed.

F. This demand is deemed to be continuing in nature, and in the event that you become aware of or acquire in your possession, custody or control, additional responsive documents, you are requested promptly to produce such additional documents for inspection and copying.

G. Documents shall be produced as they are kept in the regular course of business or, in the alternative, organized and labeled so as to correspond to the categories in this demand.

H. The term "covered employment" refers to the type of work described in Article I of the collective bargaining agreements described in the Memorandum of Agreement, attached hereto as Exhibit 1.

Requests

(1) Any and all agreements between any Plaintiff and Defendant.

(2) Any and all documents relating to Defendant's payment to any individual or company that performed services for Defendant during the period May 2001 to the present.

(3) Any and all documents relating to Joseph Faria's payment to any individual or company that performed services for Defendant or Joseph Faria during the period May 2001 to the present.

(4) Any and all employment contracts between Defendant or Joseph Faria and any individual or company that performed services for Defendant during the period May 2001 to the present.

(5) Any and all documents supporting or relating to Defendant's contention that the work performed by its employees, independent contractors, and/or subcontractors is not covered employment, as defined in Part H, above.

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 10th day of March, 2005.

# EXHIBIT 1

NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, AFL-CIO

United Brotherhood of Carpenters and Joiners of America

803 SUMMER STREET
SOUTH BOSTON, MA 02127-1616

TELEPHONE (617) 268-3400
FAX (617) 268-0442

DAVID B. BERGERON
EXECUTIVE SECRETARY-TREASURER

# MEMORANDUM OF AGREEMENT

The Employer named below and the New England Regional Council of Carpenters (the "Union") enter into this Memorandum of Agreement with respect to the New England Regional Council of Carpenters' Agreement signed on this day by the parties:

> Notwithstanding the provisions in paragraph 2 of the New England Regional Council of Carpenters Agreement concerning termination, the Employer agrees to be bound to the current collective bargaining agreements between the New England Regional Council of Carpenters and the Associated General Contractors of Massachusetts, Inc., et al, effective October 1, 1997 through September 30, 2001, the collective bargaining agreements between the Union and the Associated General Contractors of Rhode Island, Inc., and the Union and the Construction Industries of Rhode Island, effective June 8, 1998 through June 3, 2001 and the successor agreements negotiated by the Union and those associations. The Employer's right to terminate set forth in paragraph 2 shall not apply to the current agreements, but shall be available at the conclusion of those successor agreements.

QUALITY GYM SERV.
Contractor

112 CLAY ST.
Address C FALL'S R.I

02863
Address

401 7256587
Telephone Number

401-7255300
Fax Number

[signature]
By

PRES.
Title

5-7-2001
Date

New England Regional Council of Carpenters

[signature]
Executive Secretary-Treasurer
803 Summer Street, 4th fl.
South Boston, MA 02127-1616
Tel: 617-268-3400
Fax: 617-268-0442