**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL., Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC., Defendant. | : | |

FILED MAY 12 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendant to respond to Plaintiffs' Request for Production within twenty days from hearing on this motion.

Plaintiffs state that a good faith effort to resolve this discovery dispute has been made.

5/17/05: GRANTED. DEFENDANT SHALL RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION WITHIN 30 DAYS. USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date. 5/16/05

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702



11

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 11th day of May, 2005.

Kerrie L Karwoski