UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.
Plaintiffs,

v.

QUALITY GYM SERVICE, INC.,
Defendant.

C.A. No. 04-303T

FILED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

5/17/05: GRANTED. DEFENDANT SHALL RESPOND TO PLAINTIFFS' INTERROGATORIES WITHIN 30 DAYS.
USMJ

**PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendants to respond to Plaintiffs' First Request for Interrogatories within twenty days from hearing on this motion.

Plaintiffs state that a good faith effort to resolve this discovery dispute with Defendant's counsel has been made.

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 5/10/05



12

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 11th day of May, 2005.