UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET AL :
:
:
VS. : C.A. NO.: 04-303T
:
QUALITY GYM SERVICES, INC. :

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

On May 17, 2005 the Court directed Defendant to show cause why the Court should not require Defendant to reimburse Plaintiffs for their attorneys fees and expenses associated with the May 16, 2005 settlement conference, and further directed Plaintiffs to file a response which, at minimum, must include itemization of their fees and expenses related to appearance at the conference.

Plaintiffs and Plaintiffs' counsel acknowledged as beyond question the utility of the Court's settlement conferences, as well as the need for timely attendance, submission of a settlement conference statement, and the presence of the client representative with settlement authority. Moreover, in matters such as the underlying dispute, settlement conferences are almost always effective to resolve the matter or at least substantially narrow disputed issues or damages. Plaintiff and Plaintiffs' council further acknowledge that the Court invests significant time and resources in preparing for and conducting these conferences and the Court therefore has a significant interest in ensuring that they are productive.

SCANNED

15

In this case, Plaintiff was disappointed that the settlement conference did not proceed, but wishes to point out that, at the Court's urging, the parties were able to resolve a discovery dispute relating to motions to compel answers to interrogatories and to compel production. Also, it was Plaintiffs' view that Defendants' noncompliance with the settlement conference order was not intended to be disrespectful or disruptive. Finally, should Plaintiffs prevail in the action (as they expect,) the Court will issue an award of attorney's fees in the usual course. 29 U.S.C §1132. For these reasons, Plaintiffs do not request an award of counsel fees or expenses, and takes no position with regard to other sanctions.

Plaintiffs
By their attorney,

Marc B. Gursky, (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

CERTIFICATION

I hereby certify that I mailed a copy of the within, first class, postage pre-paid, on the 25 day of May, 2005 to the following:

Maurice L. Caron, Esquire
454 Broadway
Providence, RI 02906

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS :
ANNUITY FUND, ET AL :
:
VS. : C.A. NO.: 04-303T
:
QUALITY GYM SERVICES, INC. :

## ITEMIZATION OF FEES AND EXPENSES

Pursuant to the Order to Show Cause dated May 17, 2005, Plaintiffs' counsel avers that Plaintiffs incurred the following fees related to the May 16, 2005 settlement conference:

| | |
|---|---|
| 1. Preparation of settlement conference statement | 2.2 |
| 2. Preparation for and attendance at settlement conference | 3.0 |
| 3. Preparation of response to Order to Show Cause | .5 |
| Total hours @ $165.00 per hour | 5.5 |
| Total Fees: | $907.50 |

Plaintiffs
By their attorney,

Marc B. Gursky, (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

## CERTIFICATION

I hereby certify that I mailed a copy of the within, first class, postage pre-paid, on the 25 day of May, 2005 to the following:

Maurice L. Caron, Esquire
454 Broadway
Providence, RI 02906

Kerri L. Kaneshi