**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**NOTICE OF DEPOSITION**

DATE: Thursday, July 28, 2005

TIME: 9:00 A.M.

PLACE: GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852

DEPONENT: JAMES L. MARTIN

PLEASE TAKE NOTICE that the Plaintiffs, by and through their counsel, will take the testimony on oral examination of the above-named deponent at the date and time indicated herein, and thereafter from day to day until completed, before a notary public in the State of Rhode Island, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper. Deponent shall bring the following documents with him to the oral examination: any and all documents relating to Quality Gym Service, Inc. and/or Joseph Faria for the period of May 2001 through the present.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: June 30, 2005

## CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 29 day of June, 2005.