**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL. Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC., Defendant. | : | |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Now come Plaintiffs and Defendants, through counsel, and hereby move this Court for an order enlarging the pre-trial discovery deadline to **August 30, 2005**. The parties require additional time beyond the current June 30, 2005 deadline in which to complete discovery and submit any dispostive motions. Plaintiffs require additional time to conduct depositions of parties identified in documents produced by Defendant on June 17, 2005 and perform any other needed paper discovery. The parties submit that the additional sixty (60) days for discovery will provide adequate time for the parties to complete the depositions of fact witnesses and conclude any other outstanding discovery.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorneys,

E. Wei #6927

Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Maurice Caron, Jr.

Maurice Caron, Jr., Esq. # 0221
Law Offices of Joseph J. Voccola, Esq.,
454 Broadway
Providence, RI 02909
Tel. (401) 751-3900
Fax.(401) 751-8983

Dated June 23, 2005

I hereby certify that I caused a copy of the foregoing Joint Motion to Extend Discovery Period to be sent first-class mail, postage prepaid on this 21 day of June, 2005, to the following parties of record:

Maurice Caron, Jr.
Law Offices of Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909