**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**NOTICE OF DEPOSITION**

| | |
|---|---|
| DATE: | Wednesday, August 3, 2005 |
| TIME: | 10:00 A.M. |
| PLACE: | GURSKY LAW ASSOCIATES<br>420 Scrabbletown Rd., Ste. C<br>North Kingstown, RI 02852 |
| DEPONENT: | JOSEPH L. FARIA |

PLEASE TAKE NOTICE that the Plaintiffs, by and through their counsel, will take the testimony on oral examination of the above-named deponent at the date and time indicated herein, and thereafter from day to day until completed, before a notary public in the State of Rhode Island, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: July 12, 2005

To: Maurice Caron, Jr., Esq.
Law Offices of Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909

Iron & Associates
11 S. Angell Street
Providence, RI 02906

FILED