**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Now come Plaintiffs and Defendants, through counsel, and hereby move this Court for an order enlarging the pre-trial discovery deadline to **October 15, 2005**. The parties require additional time beyond the current August 30, 2005 deadline in which to complete discovery and submit any dispositive motions. Plaintiffs have been unable to obtain necessary discovery from Defendant and his accountant due to a death in the accountant's family. Plaintiffs require additional time to depose Defendant's accountant and perform any other needed paper discovery that may come to light following the accountant's deposition. Defendant also needs additional time for paper discovery. The parties submit that the additional forty-five (45) days for discovery will provide adequate time for the parties to complete the depositions of fact witnesses and conclude any other outstanding discovery.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

E. Wiens

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Maurice Caron

Maurice Caron, Jr., Esq. #0221
Law Offices of Joseph J. Voccola, Esq.,
454 Broadway
Providence, RI 02909
Tel. (401) 751-3900
Fax.(401) 751-8983

Dated: August 25, 2005

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing Joint Motion to Extend Discovery Period to be sent first-class mail, postage prepaid on this 14 day of ~~August,~~ September 2005, to the following party of record:

Kerri L Kamyski

Maurice Caron, Jr.
Law Offices of Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909