UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 2 0 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant

MOTION AND MEMORANDUM TO MODIFY A PRETRIAL ORDER DATED FEBRUARY 23, 2005 TO ENLARGE THE TIME TO FILE A PRETRIAL MEMORANDUM

Now comes the defendant and moves for an enlargement of time in which to file a trial memorandum pursuant to a pretrial order dated February 23, 2005 and recites the following facts in support thereof.

That by agreement of the parties the closure date for discovery on approval of the court was enlarged to October 15, 2005. Before closure of discovery defendant's counsel served a set of interrogatories and request for production upon the plaintiffs and plaintiffs forwarded answers to the interrogatories and a response to production on November 14, 2005 with objections to discovery request.

Pursuant to the rules of the District Court defendant's counsel provided a written request stating the specific basis to the objections of the plaintiffs within ten days of service. Local Rule 13(d) requires conference of counsel to settle objections. Despite an extended conference there are numerous interrogatories that are not resolved. The information sought through discovery is necessary for the settlement or litigation and trial of the above matter. To properly address the issues including disclosure of any experts discovery must be completed in order to comply with requirements in the court's order to comply with a trial memorandum. The enlargement of time should allow the parties to respond to the issue of expert witnesses to be in compliance with Fed.R Civ.P. 26(a)(2)(C) which requires disclosures 90 days before trial regarding experts.
With reference to the travel of this matter a settlement conference is set for the first week of January 2006 before Judge Magistrate Hargopian.

Respectfully submitted on behalf of the defendant Quality Gym Service, Inc.

Maurice Caron, Jr.
Attorney for Defendant
Law Office:
454 Broadway
Providence, RI 02909
Telephone 751-3900

AFFIDAVIT OF COUNSEL

Now comes Maurice Caron, Jr. and after being duly sworn deposes and states as follows:

1. That I am the attorney of record for the defendant Quality Gym Service and I am familiar with the travel of the within matter.

2. That to the best of my knowledge and belief, the facts set out in the within memorandum for an enlargement of time to file a pretrial memorandum are truly correct.

Sworn and subscribed to before me at Pawtucket, RI on December 21, 2005.

**GRANTED. Pretrial memoranda to be filed no later than January 31, 2006.**

**Ernest C. Torres, Chief Judge**
**1/3/06**

Mary Hanna Allcock
Notary Public
My Commission expires: 06/18/2009

CERTIFICATION

I certify on December 20, 2005 I forwarded my mail postage pre-paid a copy of the motion and memorandum to Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingston, RI 02852.