UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.
Plaintiffs,

v. C.A. NO. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant

MOTION PURSUANT TO RULE 60 (b) OF THE FEDERAL RULES OF CIVIL PROCEDURE
IN SUPPLEMENT TO A MOTION/MEMORANDUM DATED 12/21/05

Now comes the defendant and moves for an enlargement of time in which to file a trial memorandum pursuant to a pretrial order dated February 23, 2005 that by agreement of the parties the closure date for discovery with court approval was enlarged to October 15, 2005.

Defendant seeks to modify the pretrial order of February 23, 2005 to enlarge the time to file a pretrial memorandum. Defendant seeks relief pursuant to Rule 60(b) (6) stating that the reason for relief from the operation of the order for the time to file a pretrial memorandum within 60 days of the closure date for discovery is that there are discovery issues which have not been resolved despite diligent effort on the part of the defendant as set out in defendant's memorandum.

A settlement conference is scheduled for January 10, 2006 before Judge Magistrate Hargopian.

Maurice Caron, Jr., Attorney for Defendant - December 29, 2005
Law Office 454 Broadway, Providence, RI 02909 Telephone 751-3900

CERTIFICATION

I certify on December ~~29~~ 30th, 2005 I forwarded my mail postage prepaid a copy of the motion and memorandum to Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Rd., Suite C, No. Kingston, RI 02852.

**DISSED AS MOOT**