**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

Now come Plaintiffs, pursuant to Fed. R. Civ. P. 26 and 37, and hereby move to compel the attendance of Joseph Faria at deposition. In support thereof, Plaintiffs rely on the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

**CERTIFICATION OF GOOD FAITH**

Please be advised that the undersigned counsel for Plaintiffs has conferred or attempted to confer with counsel for Defendant in a good faith attempt to resolve the above-mentioned dispute prior to filing of the instant motion and that said parties are unable to resolve the same.

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 10 day of January, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,<br>Plaintiffs,<br><br>v.<br><br>QUALITY GYM SERVICE, INC.,<br>Defendant. | C.A. No. 04-303T |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

Plaintiffs hereby request an order compelling the attendance of Joseph Faria at deposition within seven days of hearing on this matter for the following reasons:

1. Joseph Faria is the President and sole owner of Defendant Quality Gym Service, Inc.

2. Plaintiffs noticed Mr. Faria's deposition for July 14, 2005. However, Mr. Faria could not attend and the deposition was re-noticed for August 3, 2005. See Exhibit A.

3. Per the request of Defendant's counsel, the deposition was postponed several times pending settlement discussions.

4. Discovery closed, after several extensions, on October 15, 2005.

5. Thereafter, Defendant re-noticed Mr. Faria's deposition for January 9, 2006.

6. Plaintiffs' attorney was court-excused the week of January 2, 2006. Upon returning to his office on January 9, 2006, he received a letter from Defendant's counsel indicating that he is "objecting to [Plaintiffs'] attempt to depose Joseph Faria, President of Quality Gym Service, Inc. the first week of January 2006 for reason that discovery closed October 15, 2005."

7. Plaintiffs' counsel had previously explained to Defendant's counsel that, because the deposition was noticed prior to the close of discovery, it does not violate the court's discovery order.

8. Plaintiffs' counsel spoke with Defendant's counsel on January 9, 2006 and Defendant's counsel reiterated his belief that Plaintiffs could not depose Joseph Faria.

9. Because Plaintiffs noticed the deposition of Joseph Faria prior to the close of discovery, and, at Defendant's counsel's request, the deposition was continuously postponed, Plaintiffs assert that the re-notice of Joseph Faria does not violate this Court's discovery order.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 10 day of January, 2006.

Kerrie Kanuch