UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS
ANNUITY FUND, ET. AL.
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant.

DEFENDANT'S OBJECTION TO COMPEL
ATTENDANCE AT DEPOSITION

Now comes the defendant, and objects to the plaintiffs' motion pursuant to Fed.R. Civ. P. 26 and 37, to compel the attendance of Joseph Faria at a deposition. In support hereof, defendants rely on the accompanying Memorandum. Plaintiffs are in violation of discovery order.

QUALITY GYM SERVICE, INC.
Defendant

Maurice L. Caron, Jr., Attorney for Defendant
454 Broadway, Providence, RI 02909 Telephone (401) 751-3900
Fax 751-8983

CERTIFICATION

I certify I hand delivered a true copy of the within objection to Marc B. Gursky, Esq. #2818, whose address is Gursky Law Associates, 420 Scrabbletown Rd., Ste. C, North Kingstown, RI 02852 on 01-24-06 with Memorandum

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CAREPTERS
ANNUITY FUND, ET. AL.
Plaintiffs,

vs. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant

MEMORANDUM OF DEFENDANT IN OBJECTION
TO PLAINTIFFS' MOTION TO COMPEL
THE ATTENDANCE OF JOSEPH FARIA
AT A DEPOSITION

Defendant hereby objects to an order compelling the attendance of Joseph Faria at a deposition for reason that discovery closed October 15, 2005.

1. It is admitted that Joseph Faria is the President and sole owner of Defendant Quality Gym Service, Inc.

2. Admitted in part that defendant noticed Joseph Faria's deposition on or about July 14, 2005. and that deposition was re-noticed for August 3, 2005.

3. Denied that the defendant's counsel postponed any deposition after August 3, 2005 and;

4. The defendant gave several extensions to the plaintiffs to extend discovery. The defendant gave an extension of discovery which would have terminated August 15, 2005 and at the request of the plaintiffs granted an additional extension from August 15, 2005 to October 15, 2005 during which time counsel for the plaintiffs never sought verbally, or in writing a notice to depose Joseph Faria.

C.A. No. 04-303T

5. Defendant two months after closure of discovery sent "out of the blue" on December 15, 2005, a notice to depose Joseph Faria for January 9, 2006.

6. It is admitted that the plaintiffs' counsel was court excused the week of January 2, 2006, namely Marc B. Gursky however, co-counsel Elizabeth Wiens was not court excused. The letter from defendant's counsel did indicate that discovery closed October 15, 2005 and further indicated that plaintiffs had not responded to numerous answers to interrogatories which were propounded during the discovery period before October 15, 2005.

7. That defendant's counsel is in compliance with the discovery order and the plaintiffs are in violation of the court's discovery order by noticing Joseph Faria's deposition for January 9, 2006 with that notice dated December 15, 2005.

8. Admitted with regard the conference of January 9, 2006 that plaintiffs could not depose Joseph Faria, at least without seeking a motion for leave of court an order reopening discovery. It was further indicated that plaintiffs had not responded to interrogatories in a good faith spirit.

9. That it is explicitely denied that the deposition was continuously postponed by defendant's counsel and at all times defendant was ready and willing to attend the deposition of Joseph Faria upon notice. On no occasion during the period of the extension of discovery of August 15, 2005 to October 15, 2005 did the plaintiffs in any manner reassert any renotice of deposition.

QUALITY GYM SERVICE, INC., Defendant

Maurice L. Caron, Jr. Attorney for Defendant
454 Broadway, Providence, RI 02909 (401) 751-3900 Fax 751-8983

Dated 01-24-06