UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL. Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC., Defendant | : | |

MEMORANDUM AND
MOTION IN SECOND REQUEST PURSUANT TO RULE 60(b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE
TO MODIFY A PRETRIAL ORDER DATED DECEMBER 21, 2005
TO ENLARGE THE TIME TO FILE A PRETRIAL MEMORANDUM

Now comes the defendant and moves for an enlargement of time in which to file a trial memorandum pursuant to a pretrial order dated February 23, 2005. That by agreement of the parties the closure date for discovery with court approval was enlarged to October 15, 2005.

Defendant seeks to modify the pretrial order of February 23, 2005 to enlarge the time to file a pretrial memorandum. Defendant seeks relief pursuant to Rule 60(b) (6) stating that the reason for relief from the operation of the order for the time to file a pretrial memorandum within 60 days of the closure date for discovery is that there are discovery issues which have not been resolved despite diligent effort on the part of the defendant as set out in defendant's memorandum.

A hearing to compel answers to interrogatories which were submitted in the discovery period is scheduled for hearing February 9, 2006 before Judge Magistrate Almond. In addition plaintiffs' counsel seeks to take additional deposition out of time and defendant's counsel filed a timely objection to the taking of that deposition.

The court granted a previous request to extend the time to file a pretrial memorandum on a motion dated 12/21/2005 and an order granting that enlargement was signed by Chief Judge Ernest C. Torres on 1/3/06 granting the pretrial memorandum may be filed no later than January 31, 2006. Defendant is seeking an additional and second enlargement of time to file a pretrial memorandum upon completion of discovery.

Respectfully submitted on behalf of the defendant Quality Gym Service, Inc.

Maurice Caron, Jr.
Attorney for Defendant
Law Office:
454 Broadway
Providence, RI 02909
Telephone 751-3900
Fax 751-8983

AFFIDAVIT OF COUNSEL

Now comes Maurice Caron, Jr. and after being duly sworn deposes and states as follows:

1. That I am the attorney of record for the defendant Quality Gym Service and I am familiar with the travel of the within matter.

2. That to the best of my knowledge and belief, the facts set out in the within memorandum for an enlargement of time to file a pretrial memorandum are truly correct.

Maurice Caron, Jr.

Sworn and subscribed to before me at Pawtucket, Rhode Island on February 2, 2006.

Mary Hanna Allcock
Mary/Hanna Allcock, Notary Public
February 2, 2006 - My Commission expires: 06/18/2009

CERTIFICATION

I certify on February 2, 2006, I forwarded by mail, postage prepaid a copy of the motion and memorandum to Marc B. Gursky, Esq., Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingston, RI 02852

Maurice Caron, Jr.