**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT**

Now come Plaintiffs, pursuant to Fed. R. Civ. P. 16(f) and 37(b), and hereby move for judgment by default against Defendant for Defendant's failure to comply with an order of this Court. Plaintiffs also request the attorneys' fees it has expended as a result of Defendant's noncompliance. In support thereof, Plaintiffs rely on the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of the Plaintiffs,
By ~~their~~ attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 6 day of March, 2006.

Kerrie Kamski

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | |
| v. | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT**

Now come Plaintiffs, pursuant to Fed. R. Civ. P. 16(f) and 37(b), and hereby move for judgment by default against Defendant for Defendant's failure to comply with an order of this Court. In support thereof, Plaintiffs state:

1. On 2/23/05, this Court entered a pre-trial order which required Pretrial Memoranda to be submitted by 8/30/05.

2. On 1/4/2006, this Court entered an ORDER extending the time to file Pretrial Memoranda to 1/31/06.

3. On 2/7/06, Defendant moved (for the second time) for an order enlarging the time to file Pretrial Memoranda. The Court denied Defendant's motion on 2/24/06.

4. Defendant has failed to submit its pre-trial memorandum in this matter.

5. The calendar call in this matter is scheduled for March 14, 2006.

6. Rule 16(f) provides, "if a party or party's attorney fails to obey a scheduling or pre-trial order… the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)."

7. Rule 37(b)(2)(C) provides for an order "rendering a judgment by default against the disobedient party."

8. Plaintiffs seek judgment by default against Defendant for its failure to submit a pre-trial memorandum in this case, despite the fact that the case could be called for trial within the next few weeks.

9. Rule 16(f) also provides, "in lieu of or in additional to any other sanction, the judge shall require the party or the attorney representing the party or both to pay the reasonable expenses incurred because of any noncompliance with this rule, including attorney's fees."

10. Plaintiffs seek an award of attorneys' fees for amounts expended as a result of Defendant's violation this Court's pre-trial order.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 6 day of March, 2006.

Kerri Kaminski