**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT**

NOW COME Rhode Island Carpenters' Annuity Fund, et. al. and hereby move this Honorable Court for leave to file an amended Complaint in this action, pursuant to Fed. R. Civ. Proc. 15(a). In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 14th day of March, 2006.

Kevin Kanuski

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL. Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC., Defendant. | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT**

NOW COME Plaintiffs Rhode Island Carpenters Annuity Fund, et. al. ("the Funds") and hereby move this Honorable Court for leave to file an amended Complaint in this action, pursuant to Fed. R. Civ. Proc. 15(a). In support of this Motion, Plaintiffs state the following:

1. Rule 15(a) provides that leave of court to amend a pleading "shall be freely given when justice so requires."
2. The Complaint alleges that Defendant failed to make timely contributions to the Funds in violation of the parties' collective bargaining agreement ("CBA"), trust agreements, and the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq.
3. Defendant's sole owner and shareholder is Joseph Faria.
4. On March 13, 2006, Plaintiffs took the deposition of Joseph Faria and discovered that, *inter alia*, Mr. Faria commingles his personal funds with Defendant's funds.
5. Plaintiffs seek to amend their Complaint to add Joseph Faria as a Defendant.
6. Defendant will not be unduly prejudiced if Plaintiffs' Motion is granted.

For the foregoing reasons, and in the interest of justice, Plaintiffs request that their Motion for Leave of Court to File Amended Complaint be granted.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 14th day of March, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | C.A. No. 04-303T |
| VS. | |
| QUALITY GYM SERVICE, INC., and JOSEPH FARIA, Defendants. | |

**AMENDED COMPLAINT**

Introduction

1. This is an action to compel payment of contributions, interest, and penalties to employee benefit plans, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. Plaintiffs also seek equitable relief, pursuant to ERISA, 29 U.S.C. 1132(a)(3), in the form of an Order from this Court directing Defendants to permit an examination and audit of their records.

Parties and Jurisdiction

2. Plaintiff Rhode Island Carpenters Annuity Fund ("Annuity Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

3. Plaintiff Rhode Island Carpenters Pension Fund ("Pension Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

4. Plaintiff Rhode Island Carpenters Vacation Fund ("Vacation Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

5. Plaintiff Rhode Island Carpenters Health Fund ("Health Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

6. Plaintiff Donald Lavin is Co-Administrator of the Funds. The Funds' office is located in Cranston, Rhode Island.

7. Defendant Quality Gym Service, Inc. ("Quality Gym") is a corporation organized under the laws of the State of Rhode Island, having its principal place of business in Central Falls, Rhode Island.

8. Defendant Joseph Faria is the sole owner and shareholder of Quality Gym.

9. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e)(2).

<u>Facts</u>

10. The Funds were established to provide various types of benefits, including retirement, medical, and disability, for Rhode Island Carpenters Local 94 ("Local 94") members. The Funds are administered by Boards of Trustees consisting of management and union trustees.

11. Benefits as aforesaid are financed in part by employer contributions. The contribution rates are set by the collective bargaining agreement between Local 94 and each employer.

12. The rights and obligations of the Funds and Defendant Quality Gym are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

13. The Trust Agreement provides, in relevant part, that the defendant shall purchase the

appropriate number of "stamps" on behalf of Local 94 members, promptly pay contributions, permit audits of its records when requested by the Trustees, and pay penalties, interest, and attorneys' fees when it fails to comply with the Trust Agreement.

14. Defendant Quality Gym Service, Inc. is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

15. As the sole owner, operator and share holder of Quality Gym Service, Inc., Defendant Joseph Faria is required to comply with the terms of the CBA and Trust Agreements, as aforesaid.

16. Notwithstanding the aforesaid obligations, Defendants have:

(a) Failed to purchase stamps for Local 94 members since becoming signatory to the contract in July, 2001;

(b) Failed to make contributions to the Funds since July, 2001;

(c) Failed to permit an examination and audit of its records by the Trustees; and

(d) Otherwise failed to comply with the terms and conditions of the Trust Agreement

17. By the aforesaid acts and omissions, Defendants have violated ERISA, 29 U.S.C. §§1132 (a)(3) and 1145.

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award the Plaintiff Funds the unpaid contributions, interest on the unpaid contributions, double interest, liquidated damages, punitive damages, and attorneys' fees and costs, pursuant to 29 U.S.C. §§1132(g)(2);

(b) Award equitable relief in the form of an Order directing Defendants to permit an examination and audit of its payroll records by the Plaintiffs' Trustees, pursuant to 29 U.S.C. §1132(a)(3); and

(c) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

__________________________

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this _______ day of March, 2006.