UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.,
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant.

## PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT

Now come Plaintiffs, pursuant to Fed. R. Civ. P. 16(f) and 37(b), and hereby move for judgment by default against Defendant for Defendant's failure to comply with an order of this Court. Plaintiffs also request the attorneys' fees it has expended as a result of Defendant's noncompliance. In support thereof, Plaintiffs rely on the accompanying Memorandum of Law.

DENIED

Ernest C. Torres
Chief, US District Judge
03/14/06

Defendant has until 3/20/06

to file a pretrial memorandum.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

## CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 6 day of March, 2006.

Kerrie Kanarski