UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.<br>Plaintiffs, | : | |
| v. | : | C.A. No. 04-303T |
| QUALITY GYM SERVICE, INC.,<br>Defendant. | : | |

**PLAINTIFFS' MOTION TO STRIKE JURY TRIAL DEMAND**

Plaintiffs move the Court for entry of an Order striking Defendant's jury trial demand for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

GRANTED,
Ernest C. Torres
Chief, US District Judge 3/14/06

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this _______ day of March, 2006.