UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS
ANNUITY FUND, ET. AL.
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant

ORAL HEARING Requested

PLAINTIFFS' OBJECTION TO PLAINTIFFS'
MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

NOW COMES Quality Gym Service, Inc., and hereby objects to the motion of the plaintiffs for leave to file an amdnded Complaint in this action pursuant to Fed. R. Civ. Proc. 15(a) to add an additional party defendant namely, Joseph Faria. Defendant submits the accompanying Memorandum.

Quality Gym Service, Inc., Defendant by his counsel,

______________________

Maurice Caron, Jr., Esq., 454 Broadway, Prov., RI 02909
Tel. (401) 751-3900 - Fax (401) 751-8983.

CERTIFICATION

A true copy of the within objection was mailed to Marc B. Gursky, Esq., 420 Scrabbletown Road, Ste. C., North Kingstown, RI 02852. on March 20, 2006

______________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS
ANNUITY FUND, ET.AL.
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant.

PLAINTIFFS' MEMORANDUM IN OBJECTION TO THE
PLAINTIFFS' MOTION TO FILE AN AMENDED COMPLAINT

NOW COMES the defendant and objects to the motion to amend the complaint out of time to add an additional party defendant, namely, Joseph Faria.

1. That the pretrial order in this matter filed February 23, 2005, in paragraph 4 as to time for motions clearly indicates that "....No motion, other than a motion to modify this Order or a motion to compel compliance with a discovery request made prior to the closure date, may be filed after the closure date." The plaintiffs seek to amend the pleadings to add an additional defendant. The closure date for discovery was 6/30/05. The court approved an enlargement of the closure date to October 15, 2005. This motion was mailed for service on defendant's counsel on February 14, 2005, for Quality Gym.

2. That the pretrial order filed February 23, 2005 in paragraph 9, that if a party is to be added to the case after the order of 02/23/06 the counsel seeking to add such a party shall serve a copy of this order upon such party or its counsel. This order shall be binding.

3. In a deposition of Joseph Faria, sole shareholder, director and officer of the defendant corporation was taken by plaintiffs.

At this time defendant's counsel for Quality Gym Service, Inc. has not obtained the deposition transcript. Defendant disputes the allegation of comingling of corporation funds and personal funds as alleged in plaintiffs' memorandum. Defendant corporation further states that there was no new discovery regarding use of funds that was not previously disclosed prior to the deposition of February 14, 2006 and closure of discovery October 15, 2005.

4. That at a calendar call on February 14, before Chief Judge Torres the defendant corporation did not object to plaintiffs' motion for a non-jury trial and counsel for the plaintiff did not disclose to the defendant's counsel or to the court of its intention to file a motion to add a second defendant, Joseph Faria to its claim.

5. That the defendant will be unduly prejudiced if the motion to amend the complaint is granted.

For the foregoing reasons, and in the interest of justice, plaintiffs request that their Motion for Leave of Court to File Amended Complaint be denied.

Quality Gym Service, Inc., Defendant by his counsel

Maurice Caron, Jr., Esq., 454 Broadway, Providence, RI 02909
Tel. (401) 751-3900 - Fax (401) 751-8983.

CERTIFICATION

A true copy of the within objection was mailed to Marc B. Gursky, Esq., 420 Scrabbletown Road, Ste. C., North Kingstown, RI 02852.

On March 20, 2006