UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS
ANNUITY FUND, ET.AL.
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant

DEFENDANT'S OBJECTION AND MEMORANDUM TO
PLAINTIFFS MOTION TO DEFAULT
REGARDING THE PRETRIAL MEMORANDUM

That the defendant objects to the plaintiffs' motion to dismiss and default the defendant for not filing a pretrial memorandum on or before February 27, 2006.

That a pretrial memorandum was due on or about January 31, 2006 and the defendant moved for an enlargement of time to file a pretrial memorandum because the plaintiffs had not complied with discovery request and the court granted an enlargement of time to file a pretrial memorandum on or about February 27, 2001. The plaintiffs did not receive supplemental interrogatories until Friday, March 10, 2006. That the plaintiffs have not suffered any harm or prejudice for any delay in filing a pretrial memorandum and due to their delay in filing discovery.

Quality Gym Service, Inc., Defendant, by his counsel,

Maurice Caron, Jr., Esq., 454 Broadway, Prov., RI 02909
Tel. (401) 751-3900 - Fax (401) 751-8983.

CERTIFICATION, a true copy of the within objection was mailed to Marc B. Gursky, Esq., 420 Scrabbletown Rd., Ste. C., N. Kingstown, RI 02852.
on March 20, 2006