**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, ET. AL.
Plaintiffs,

v. C.A. No. 04-303T

QUALITY GYM SERVICE, INC.,
Defendant.

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT**

NOW COME Rhode Island Carpenters' Annuity Fund, et. al. and hereby move this Honorable Court for leave to file an amended Complaint in this action, pursuant to Fed. R. Civ. Proc. 15(a). In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law.

DENIED
Ernest C. Torres
Chief, US District Judge
3/23/06

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Marc B. Gursky, Esq. #2818
Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Maurice Caron, Jr., Law Offices of Joseph J. Voccola, Esq., 454 Broadway, Providence, RI 02909 on this 14th day of March, 2006.

Kevin Kamski