United States District Court For The District Of

Rhode Island

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RI Carpenter Annuity Fubd et al

Vs. CA 04-303T

Quality Gym Service, Inc.

MOTION FOR CONTINUANCE

And Memorandum

Now comes the Defendant and moves for a continuance for a nonjury trial set for Monday, March 27, 2006 for reason that James Martin, a witness as record keeper of the Defendant is currenly in the State of Indiana for family reasons and is expected to return to Rhode Island in the coming days. A two week continauce is requested as the records in control of the witness a part of the evidence for trial purposes.

Quality Gym Service, Inc.

________________________________

Maurice Caron, Jr. Law Offices 454 Broadway, Providence, RI
Tel 751-3900

Certificate: I mailed and faxes d a true copy of the within motio to Marc B. Gursky at 420 Scrabbletown Road, Suit C, North Kington RI on March , 2006 and Faxed to 751-8983

________________________________

GRANTED

Ernest C. Torres
Chief, US District Judge

3/27/06