AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Rhode Island Carpenters Annuity Fund, et al. V. Quality Gym Service, Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-303 T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Marc Gursky, Elizabeth Wiens | Maurice L. Caron, II |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/06 | Karen Zinni | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/10/06 | | | W-1 David Palmisciano |
| 1 | | 4/10/06 | X | FULL | Collective Bargaining Agreement between NE Regional Council of Carpenters (NERCC) and the Labor Relations Division of the Associated General Contractors of RI, Inc. (ACG) 6/4/01-7/7/05 |
| 2 | | 4/10/06 | X | FULL | 5/25/01 Acceptance of Agreement between NERCC and Quality Gym Services (QGS) |
| 3 | | 4/10/06 | X | FULL | 5/7/01 Memorandum of Agreement between NERCC and QGS |
| 4 | | 4/10/06 | X | FULL | 5/25/01 "Quick Agreement" between NERCC and QGS |
| 5 | | 4/10/06 | X | FULL | Carpenter's Pension Fund Trust Agreement |
| 6 | | 4/10/06 | X | FULL | Carpenter's Annuity Fund Trust Agreement |
| 7 | | 4/10/06 | X | FULL | Carpenter's Health Fund Trust Agreement |
| 8 | | 4/10/06 | X | FULL | Carpenter's Vacation Fund Trust Agreement |
| 9 | | 4/10/06 | X | FULL | 8/22/01 memo from Marc Erlich to Tom Savoie |
| 10 | | 4/10/06 | X | FULL | 8/27/01 fax from QGS to Tom Savoie |
| 11 | | 4/10/06 | X | FULL | 9/4/01 letter from Marc Erlich to Tom Savoie |
| 12 | | 4/10/06 | X | FULL | NERCC Contractor List |
| 15 | | 4/10/06 | X | FULL | QGS Invoices and Proposals - 7/1/01 through 11/11/04 |
| 13 | | | X | | 5/18/04 letter from Paul Sarza to Carpenter's Benefit Funds |
| 14 | | | X | | 8/11/04 Audit Report |
| 22 | | 4/10/06 | X | FULL | 5/30/01 QGS Contractor Profile Sheet |
| 23 | | 4/10/06 | X | FULL | Summary of Claim |
| 24 | | 4/10/06 | X | FULL | Table of Interest Rate |
| 16 | | 4/10/06 | X | FULL | QGS checks - 3/28/01 through 11/4/04 |
| 17 | | 4/10/06 | X | FULL | Joseph Faria checks - 8/19/01 through 11/4/04 |
| 21 | | | X | | Transcript - Desposition of Joseph Faria |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Rhode Island Carpenters Annuity Fund, et al. V. Quality Gym Service, Inc.

CASE NUMBER: CA04-303

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | | X | | Plaintiffs' First Set of Interrogatories and Defendant's Answers |
| 19 | | | X | | Plaintiffs' First Set of Requests for Production and Defendant's Responses |