RECEIVED
OCT 04 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND CARPENTERS ANNUITY FUND, ET AL** | : | |
| **VS.** | : | **C.A. NO.: 04-303T** |
| **QUALITY GYM SERVICES, INC.** | : | |

## CONSENT JUDGMENT

1. Defendant shall pay Plaintiffs the sum of Forty Thousand Dollars ($40,000.00), without interest.

2. Payment of the amount of $40,0000.00 as specified in paragraph 1 shall be made by twenty-four (24) monthly payments of not less than Five Hundred Dollars ($500.00) per month, equaling not less than Ten Thousand Dollars ($10,000.00) for every six monthly payments. Payment shall be made on the first of each month, commencing on May 1, 2006. Defendant shall have a grace period of 7 calendar days for each payment. Payment shall be made by check payable to "Carpenters Funds" delivered to Carpenters Funds, 14 Jefferson Park Road, Warwick, Rhode Island 02888.

3. In the event that Defendant fails to comply with any of the payment provisions set forth in paragraph 2, Plaintiffs shall be entitled to Judgment against Defendant in the amount of Sixty Thousand Dollars ($60,000.00) less any payments received by Plaintiffs. Said Judgment shall enter immediately upon notice of default, which shall be provided to Attorney Maurice Caron at 454

MC

Broadway, Providence, RI 02906 and Quality Gym, C/o Joseph Faria, 112 Clay Street, Central Falls, RI 02863.

ENTERED: PER ORDER:

Ernest C. Torres
~~Presiding Justice~~

Clerk

entered this 10th day of October, 2006.

Agreed to:
Maurice Caron Jr.
as Counsel
for defendant
corporation

Submitted by:

Marc B. Gursky, Esq, (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
Tel: (401) 294-4700
Fax: (401) 294-4702

Marc Gursky
#2818
for Plaintiff